HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
CANDACE A. WADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CANDACE A. WADE,<br><br>*Defendant.* | Case No. 1:13-CR-0260 BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON**<br><br>Date: October 24, 2013<br>Time: 10:00 a.m.<br>Judge: Magistrate Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Elliott C. Montgomery, Assistant United States Attorney, counsel for plaintiff, and Jerome Price, Assistant Federal Defender, counsel for defendant, Candace Wade, that the date for status conference in this matter may be continued to October 24, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is September 26, 2013, at 10:00 a.m., in front of Magistrate Judge Oberto. The new requested date is October 24, 2013 at 10:00 a.m., in front of Magistrate Judge McAuliffe.**

The continuance is requested allow defense counsel additional time to conduct ongoing investigations and continue current settlement negotiations. Additionally, defense counsel will be unavailable as he will be covering the Yosemite court calendar.

/ / /

/ / /

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: September 19, 2013

*/s/ Elliott C. Montgomery*
ELLIOTT C. MONTGOMERY
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: September 19, 2013

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
CANDACE A. WADE

## **O R D E R**

IT IS HEREBY ORDERED that the status conference presently set for September 26, 2013 shall be continued to **October 24, 2013, at 10:00 a.m.** before Magistrate Judge Barbara McAuliffe. The intervening period of delay is excluded in the interests of Justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  **September 23, 2013**           **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE