UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-00260 SKO |
| Plaintiff, | **PRETRIAL ORDER** |
| v. | **Trial Date: November 19, 2013** |
| | **Time:        8:30 a.m.** |
| CANDACE A. WADE, | **Courtroom:  7** |
| Defendant. | |

The parties have confirmed that this action will proceed to trial.  Special Assistant U.S. Attorney Elliot Montgomery appeared for Plaintiff United States of America.  Assistant Federal Defender Jerome Price appeared for Defendant Candace A. Wade.  Pursuant to the telephonic conference held October 25, 2013, this Court issues the following Pretrial Order:

**1.        Trial Date**

Trial will begin on Tuesday, **November 19, 2013 at 8:30 a.m. in Courtroom 7** before United States Magistrate Judge Sheila K. Oberto.

**2.        Trial Confirmation Hearing**

A Trial Confirmation Hearing is set for **November 6, 2013, at 2:00 p.m. in Courtroom 7** before United States Magistrate Judge Sheila K. Oberto.

**3.        In Limine Motions**

Motions in limine shall be filed by **October 30, 2013**.  Responses shall be filed by **November 1, 2013**.  The motions in limine will be heard at the Trial Confirmation Hearing **November 6, 2013**, at 2:00 p.m. in Courtroom 7.

**4.        Proposed Jury Voir Dire**

The parties, no later than **November 15, 2013,** shall file and serve proposed jury voir dire examination questions.

**5.      Witness Lists**

The parties, no later than **November 15, 2013,** shall file and serve their respective lists of all witnesses, including those the parties may reasonably be expected to call as rebuttal witnesses.

**6.      Proposed Jury Instructions and Verdict Forms**

The parties shall serve their proposed jury instructions and verdict forms on one another no later than **November 13, 2013,** and conduct a conference to address their proposed jury instructions and verdict forms.  At the conference, the parties **SHALL** attempt to reach agreement on jury instructions and verdict forms for use at trial.  The parties shall file and serve all agreed-upon jury instructions and verdict forms no later than **November 15, 2013,** and identify such as the agreed-upon jury instructions and verdict forms.

**If and only if, the parties after genuine, reasonable and good faith effort** cannot agree upon certain specific jury instructions and verdict forms, the parties shall file and serve their respective proposed (disputed) jury instructions and verdict forms no later than **November 15, 2013,** and identify such as the disputed jury instructions and verdict forms

All jury instructions and verdict forms shall indicate the party submitting the instruction or verdict form (i.e., joint, plaintiff's, defendant's, etc.), the number of the proposed instruction in sequence, a brief title for the instruction describing the subject matter, the **complete** text of the instruction, and the legal authority supporting the instruction.

All proposed jury instructions and verdict forms described above (whether agreed or disputed) shall be e-mailed as a Word attachment to skoorders@caed.uscourts.gov no later than **November 15, 2013.  The Court will not accept a mere list of numbers of form instructions from the Ninth Circuit Model Jury Instructions, CALCRIM, CALJIC or other instruction forms.  The proposed jury instructions and verdict forms must be in the form and sequence which the party desires to be given to the jury and all blanks to form jury instructions must be completed.**

Ninth Circuit Model Jury Instructions **SHALL** be used where the subject of the instruction is covered by a model instruction.  Otherwise CALCRIM or CALJIC instructions **SHALL** be used where the subject of the instruction is covered by CALCRIM or CALJIC.  **All**

**instructions shall be short, concise, understandable, and neutral and accurate statements of the law. Argumentative or formula instructions will not be given and must not be submitted.** The parties shall designate, by italics or underlining, any modification of instructions from statutory or case authority, or any pattern instruction, such as the Ninth Circuit Model Jury Instructions, CALCRIM, CALJIC or any other source of pattern instructions, and must specifically state the modification made to the original form instruction and the legal authority supporting the modification.

No later than **November 15, 2013,** the parties shall file and serve written objections to disputed jury instructions and verdict forms proposed by another party. All objections shall be in writing, set forth specifically the objectionable matter in the proposed instruction or verdict form, and include a citation to legal authority explaining the grounds for the objection and why the instruction or verdict form is improper. A concise argument concerning the instruction or verdict form may be included. Where applicable, the objecting party shall submit an alternative proposed instruction or verdict form covering the subject or issue of law.

**6. Trial Exhibits**

The parties shall premark their respective exhibits and deliver an original and one copy of their premarked exhibits to Judge Oberto's chambers no later than **November 15, 2013.**

**7. Trial Briefs**

The parties shall file and serve a trial brief, if any, no later than **November 15, 2013.**

Failure to comply with all provisions of this order may be grounds for imposition of sanctions on counsel or parties who disobey or cause noncompliance with this order.

IT IS SO ORDERED.

Dated:   **October 25, 2013**            **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE