1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        Case No. 1:13-cr-00260-SKO

11           Plaintiff,        **ORDER GRANTING PLAINTIFF'S REQUEST TO FILE MOTION UNDER**

12     v.                      **SEAL**

13 | CANDACE A. WADE,        **ORDER DENYING PLAINTIFF'S MOTION REGARDING DISCLOSURE**

14         Defendant.       **OF INFORMATION**

15 _____/

16

17       The Court having reviewed the Government's "Ex Parte, <u>In</u> <u>Camera</u> Motion Regarding the

18 Disclosure of Certain Information Regarding a Federal Employee Witness and Application to Seal

19 ("Motion"),

20       IT IS HEREBY ORDERED that:

21      1.     The Motion shall be filed under seal; and

22      2.     The information regarding the federal employee shall be disclosed to the defense.

23       If the defendant intends to use this evidence, the parties shall be prepared to address any

24 issues regarding the admissibility of the evidence on November 19, 2013, at 8:30 a.m.

25

26 IT IS SO ORDERED.

27     Dated:    **November 12, 2013**          **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

28